# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 4, 2021

*VIA ECF*
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The January 7, 2021 status conference is adjourned to February 17, 2021 at 11:30 a.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __1/5/2021__
> New York, New York

Re:   *United States v. Tyron Burgess,*
      19 CR 786

Dear Judge Ramos:

With the consent of the government, I write to seek an adjournment of the status conference currently scheduled for January 7, 2021 in the above-referenced supervised release matter. The purpose of the adjournment is to permit the parties more time to continue their discussions regarding a resolution. The parties ask for an adjourned date in February.

Respectfully submitted,

/s/ Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc:   all parties (via ECF)